## UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA

ROBERT F. KENNEDY, JR.;  :
WE THE PATRIOTS USA, INC.; :
KRISTEN MEGHAN KELLY;  :
           :
 Petitioners,      :
           :  Case No.: 24-1316
v.           :
           :
MERRICK GARLAND, in his official :
capacity only; UNITED STATES :
DEPARTMENT OF JUSTICE;  :
           :
 Respondents.      :  October 5, 2024

## PETITION FOR REVIEW OF CHALLENGE TO THE PROTECTING AMERICANS FROM FOREIGN ADVERSARY CONTROLLED APPLICATIONS ACT

Notice is hereby given this the 5th day of October 2024 that Petitioners Robert F. Kennedy, Jr., We The Patriots USA, Inc. and Kristen Meghan Kelly, hereby petition the United States Court of Appeals for the District of Columbia Circuit to review the constitutionality of the Protecting Americans From Foreign Adversary Controlled Applications Act (PAFFACAA) pursuant to Section 3 of the PAFFACAA vesting exclusive jurisdiction in this Court to hear any challenge to the PAFFACAA. The Petitioners seek declaratory and injunctive relief under the First Amendment and 28 U.S.C. §§ 1651 and 2201.

In particular, the Petitioners ask the Court to declare that the PAFFACAA violates the First Amendment to the United States Constitution.

## INTRODUCTION

1.      On April 24, 2024, President Joseph Biden signed into law H.R. 815 – an emergency supplemental appropriations bill primarily intended to provide foreign assistance to Ukraine, Israel, and Taiwan. This bill became Public Law No. 118-50.

2.      Buried within the law was the Protecting Americans From Foreign Adversary Controlled Applications Act (PAFFACAA). Congress enacted the PAFFACAA specifically to target a wildly popular social media platform called TikTok owned by the Chinese internet company ByteDance, Ltd.

3.      The PAFFACAA will (1) force TikTok's owner – the Chinese internet company ByteDance, Ltd. – to divest itself of TikTok to a non-Chinese company or (2) deprive TikTok of the web hosting and distribution services necessary to make TikTok available to United States users by imposing crippling fines on any internet company that offers such services to TikTok.

4.      The PAFFACAA violates the First Amendment by depriving approximately 150 million Americans of a popular forum in which people from across the world, including in the United States, gather to communicate, express thoughts and opinions, including political opinions, and engage in other First Amendment protected forms of speech.

5.      Congress's rationale for doing so was ostensibly to protect national security, but Congress can classify almost any subject as one of national security because the term remains ambiguous and eludes most attempts to affix a coherent

definition to it. In other words, the term "national security" has become a constitutional "get out of judicial scrutiny free" card.

6. An amorphous definition of national security, however, may not overcome the fundamental principle of the First Amendment that "all persons have access to places where they can speak and listen, and then, after reflection, speak and listen once more." *Packingham v. North Carolina*, 582 U.S. 98, 104 (2017). *Packingham* clearly established that "to foreclose access to social media altogether is to prevent the user from engaging in the legitimate exercise of First Amendment rights." *Id*. at 108.

7. *Packingham* applies with equal force when Congress seeks to prohibit every American from accessing one of the world's most popular social media platforms.

8. Even assuming that Congress is regulating TikTok in a content-neutral fashion, it must narrowly tailor its legislative solutions to serve a significant governmental interest. This means that it must rely on more than an opaque assertion of national security to justify a regulation that denies 150 million Americans access to one of the most popular forums for free expression in the world.

9. The PAFFACAA does not satisfy this standard, and the Court should declare it unconstitutional and enjoin its enforcement.

## PARTIES

10.     Petitioner Robert F. Kennedy, Jr., is a leading independent candidate for the presidency of the United States, an American citizen, and a long-time lawyer and activist for individual liberty in the United States. Kennedy maintains a TikTok account with approximately 1.2 million followers, and he uses to communicate his advocacy messages, including campaign messages, to the American people.

11.     Petitioner We The Patriots USA, Inc. is a nonprofit public charity organized and operated exclusively for tax-exempt purposes in accordance with Section 501(c)(3) of the Internal Revenue Code. More specifically, it is dedicated to promoting constitutional rights, public safety, and other freedoms through education, outreach, and public interest litigation, thereby advancing religious freedom, medical freedom, parental rights, educational freedom, and public safety for all. As a Section 501(c)(3) public charity, it has members who participate in its tax-exempt activities as volunteers and committed community stakeholders bringing and supporting litigation in federal and state courts on a variety of constitutional and other freedom-related matters directly affecting their rights and interests. It maintains a TikTok account to promote its operations and advocate for its causes, and many of its members and supporters "follow" its TikTok, have TikTok accounts of their own, and will be affected by the matters complained of herein.

12.     Petitioner Kristen Meghan Kelly is a United States citizen and popular social media influencer from southwest Michigan. Kelly is an experienced senior industrial hygienist who has presented testimony before various state legislative

committees, actively provides commentary on workplace health and safety issues, has appeared in documentaries, and provides video commentary on various social media platforms to her followers in the United States. Kelly operates a TikTok account followed by approximately 174,600 followers, which she uses to communicate her advocacy messages to the general public. She is a member and supporter of We The Patriots USA, Inc.

13.     Respondent Merrick Garland is the United States Attorney General and is made a party to this petition in his official capacity only. Under Section 2 of the PAFFACAA, Garland wields the United States' enforcement authority to investigate and pursue enforcement action pertaining to the PAFFACAA's civil penalties.

14.     Respondent United States Department of Justice is empowered through Respondent Garland to wield the United States' enforcement authority to investigate and pursue enforcement action pertaining to the PAFFACAA's civil penalties.

## JURISDICTION

15.     The Court has jurisdiction over this petition under the PAFFACAA, which provides as follows: "The United States Court of Appeals for the District of Columbia Circuit shall have exclusive jurisdiction over any challenge to this division or any action, finding, or determination under this division." PAFFACAA, § 3(b).

16.     The Court has jurisdiction to issue the Petitioners' requested remedies under 28 U.S.C. §§ 1651 and 2201.

## OVERVIEW OF TIKTOK AND ITS OWNERSHIP

17. TikTok is an entertainment platform that engages users primarily by hosting user-created videos for sharing and interaction throughout the world. Users can connect with each other in a variety of ways, including commenting on videos, tagging other users in the comments to videos, using TikTok's tools to build on others' video content, sending direct messages to each other, and using TikTok Live's feature to broadcast their thoughts and opinions live to each other. *See* **Exhibit A – Declaration of Blake Chandlee[1] in *TikTok v. Knudsen*, 9:23-cv-00061 (D.Mo. July 5, 2023), Dkt. 16, ¶ 3.**

18. TikTok is offered in more than 170 countries, but it is not available in China. *Id*. at ¶ 6. It is available both in website format and in the form of a smartphone application. Americans can currently access it through popular smartphone application stores, including Apple and Google.

19. As of March 2023, more than 150 Americans use TikTok on a monthly basis. *Id*. at ¶ 7.

20. It is particularly popular among American users because, unlike other social media platforms, it boasts a relatively clean interface and supplies them with video content tailored to their preferences without requiring substantial work from them. In other words, it is the ultimate casual browser's application.

21. TikTok has facilitated this appeal to the casual browser through a cutting-edge recommendation system. Its recommendation system is no different

---

[1] Mr. Chandlee is TikTok's president of Global Solutions. **Exhibit A**, ¶ 1.

than the same use of recommendation systems by popular American social media platforms such as Facebook, Instagram, and X (formerly known as Twitter). TikTok, however, has stood out for its earlier mastery of a highly effective recommendation system.

22.     TikTok's content focuses on a blend of light entertainment, humor, political speech, speech pertaining to hobbies, religious speech, and other local concerns. *Id*. at ¶¶ 9-11. It has also served as a platform for substantial commercial speech. ¶ 13.

23.     TikTok, Inc. is a California-incorporated corporation. *See* California Secretary of State, TikTok, Inc. (3780792).

24.     It is ultimately owned by ByteDance Ltd. ("BDL") – a Cayman Islands global company that conducts business through local subsidiaries. **Exhibit A, ¶ 6.**

25.     TikTok's leadership team is composed of Singapore and United States based executives. *Id*. at ¶ 5.

## TIKTOK'S DATA SECURITY AND THE CHINESE GOVERNMENT

26.     TikTok's U.S. security team is responsible for controlling access to user data, and it employs state-of-the-art data protection techniques to safeguard United States users' data. **Exhibit B, Declaration of Roland Cloutier[2] in *TikTok Inc. v. Trump*, 1:20-cv-02658 (D.D.C. Sept. 13, 2020), Dkt. 15-2, ¶¶ 8-10.**

---

[2] Mr. Cloutier was the former Global Chief Security Officer for TikTok and held that position at the time he submitted his declaration in the *Trump* case. **Exhibit B, ¶. 1.**

27.     Data security at TikTok starts with the limited scope of the data that TikTok collects – as set forth in its Privacy Policy. *See* https://www.tiktok.com/legal/page/us/privacy-policy/en. **Exhibit B, ¶ 6.**

28.     A March 2021 study from the independent Citizen Lab at the University of Toronto concluded that TikTok's collection of user data was comparable to other industry practices such as those employed by Facebook and Google.[3]

29.     To protect user data in transit, TikTok uses the industry standard Hypertext Transfer Protocol Secure ("HTTPS") to transmit user data through encryption. **Exhibit B, ¶ 7.**

30.     TikTok employs a separate network architecture from other ByteDance products and services, and it stores user data on servers in the United States and Singapore. *Id.* at ¶ 8. This separate architecture uses logical controls to segregate TikTok user data from any other data in the data centers housing the servers. *Id.* at ¶ 8.

31.     To enhance this security, TikTok uses a "sharded" data storage scheme – a scheme in which an individual's user data is broken down into many pieces and stored across many servers. *Id.* at ¶ 8. Thus, in the event of unauthorized access or a data branch, the data would be unintelligible because it would only comprise fragments of the entire data picture. *Id.* at ¶ 8.

32.     TikTok does not store any U.S. user data in China. *Id.* at ¶ 8.

---

[3] TikTok and Douyin Explained, The Citizen Lab, University of Toronto (Mar. 22, 2021); https://citizenlab.ca/2021/03/tiktok-and-douyin-explained/

33.     It is impossible to access TikTok's U.S. user data without an encryption key generated by TikTok's U.S. security team. *Id*. at ¶¶ 9-10.

34.     No one – particularly ByteDance's Chinese-based personnel – may access user data without first demonstrating need to the U.S. security team and obtaining authorization and an encryption key to access it. *Id*. at ¶ 10.

35.     The Chinese government has never requested TikTok user data. *Id*. at ¶ 12; *see also* **Exhibit A, ¶ 30**.

36.     It is currently TikTok's avowed policy – stated under oath in court on at least two occasions – that it would never provide U.S. user data to the Chinese government even if it had received such a request. **Exhibit A, ¶ 30; Exhibit B, ¶ 12.**

## **PROTECTING AMERICANS FROM FOREIGN ADVERSARY CONTROLLED APPLICATIONS ACT (PAFFACAA)**

37.     Congress enacted the PAFFACAA specifically to address speculative concerns that it imagined were posed by TikTok. The goal of the PAFFACAA is to either force the sale of TikTok to a company not linked with the Chinese government or to ban it from the United States altogether.

38.     These concerns have manifested in a years-long, bi-partisan crusade against TikTok that sounds in fear-mongering, is unsupported by any evidence, and is squarely rebutted by the evidence that TikTok has repeatedly presented in court and to the American people.

39.     Most of these concerns arise from a speculative concern over the Chinese government's holding of a "golden share" in ByteDance, Ltd.

40.     A "golden share" is a financial term that refers to a type of stock share that gives the shareholder veto power or more voting power than all of the other shareholders in certain specified circumstances.

41.     The speculation that the Chinese government holds a golden share in ByteDance, Ltd. has given rise to worldwide speculation that the Chinese government is using TikTok to collect usage information, geometric data, and biometric data from United States citizens for the purpose of spying on them.

42.     As already outlined, TikTok, however, has immunized itself from such demands from the Chinese government.

43.     Nonetheless, Congress chose to target TikTok and ByteDance specifically through the PAFFACAA.

44.     Comments from legislators indicate that Congress's targeting of TikTok was, in part, based on the content of the speech it hosts.

   a.  Senator Mark Warner called TikTok a "propaganda tool" for the Chinese Communist Party in a media appearance explaining why the law was justified.[4]

   b.  Senator Pete Ricketts gave a floor speech in which he complained about the content of the news being circulated on TikTok, how it presented a version of foreign news that contradicted the United

---

[4] CBS News, *Sen. Mark Warner says possible TikTok sale is "complicated," and one-year timeline makes sense*, Face The Nation (Apr. 21, 2024); https://www.cbsnews.com/news/mark-warner-face-the-nation-transcript-04-21-2024/.

States' portrayal of its foreign policy, and how TikTok had become a conduit for the Chinese government's propaganda. For instance, he cited the fact that "pro-Palestinian and pro-Hamas hashtags are generating fifty times the views on TikTok right now. . . . These videos have more reach than the top ten US news websites combined. This is not a coincidence. The Chinese Communist Party is doing this on purpose." *See* Video of Sen. Ricketts' Floor Speech, Ricketts Slam TikTok as CCP-Controlled New Platform on Senate Floor, (April 23, 2024).[5]

45.     PAFFACAA, Section 2(a)(1) prohibits any entity from distributing, maintaining, or updating a foreign adversary-controlled application by providing internet hosting services or distribution services through a marketplace through which U.S. users may access the application.

46.     PAFFACAA, Section 2(a)(2) provides that this prohibition takes effect 270 days after the enactment of the division. In other words, the law takes effect in January, 2025.

47.     The President, however, may grant a 90-day extension of forbearance under the law if he certifies to Congress that the foreign adversary controlled application is in the process of executing a qualified divestiture (sale). PAFFACAA, Section 2(a)(3).

---

[5] https://www.ricketts.senate.gov/news/press-releases/ricketts-slams-tiktok-as-ccp-controlled-news-platform-on-senate-floor/

48.     Penalties are crippling under the law: "An entity that violates subsection (a) shall be subject to pay a civil penalty in an amount not to exceed the amount that results from multiplying $5,000 by the number of users within the land or maritime borders of the United States determined to have accessed, maintained, or updated a foreign adversary controlled application as a result of such violation." PAFFACAA, Section 2(d)(1)(A).

49.     In other words, an entity providing services to TikTok could face a monetary penalty of $750 billion.

50.     Respondents Garland and the United States Department of Justice are empowered to enforce this law and its monetary penalties through civil actions. PAFFACAA, Section 2(d)(2).

51.     The PAFFACAA specifically defines TikTok and any application owned by ByteDance, Ltd., any subsidiaries of them that are controlled by a foreign adversary, and any entity that they own or control directly or indirectly. PAFFACAA, Section 2(g)(3).

52.     Thus, the law's operative effect is to ban TikTok in the United States by mid-January 2025.

53.     ByteDance has refused to sell TikTok.

## CLAIMS FOR RELIEF

54.     The PAFFACAA violates the Petitioners' First Amendment right to free speech by:

a. Imposing a content-based prior restraint in the form of a categorical forum ban;

b.  Imposing a categorical and complete ban on a modern public square, thus prohibiting the Petitioners from using it to voice core First Amendment-protected speech; and

c. Engaging in content-based speech censorship by seeking to eliminate a public forum where views disagreeing with the United States' portrayal of foreign and domestic affairs are commonly propagated.

55.     The PAFFACAA violates the Petitioners' First Amendment right to freedom of association by:

a. Eliminating a highly popular modern public square where the Petitioners and like-minded individuals choose to associate with each other for protected First Amendment purposes; and

b. Eliminating a highly popular modern public square where the Petitioner and like-minded individuals form associations through the sharing of information and opinions that the United States government has a strong distaste for.

56.     The PAFFACAA violates the Petitioners' First Amendment right to freedom of assembly by:

a. Eliminating a highly popular modern public square which the Petitioners and countless others have used in part to assemble

support for protesting the United States government's policy and other social grievances.

**RELIEF SOUGHT**

57. The Petitioners seek the following relief:

a. A declaratory judgment that the PAFFACAA's ban on TikTok is violates the First Amendment;

b. A permanent injunction enjoining the enforcement of the PAFFACAA's ban on TikTok;

c. Costs and attorneys' fees; and

d. Any other form of relief necessary to facilitate the development of an adequate record in this case and that the Court considers just and equitable.

The Petitioners,

By: /s/ Cameron L. Atkinson /s/
Cameron L. Atkinson, Esq.
D.C. Cir. Bar No.: 63739
ATKINSON LAW, LLC
122 Litchfield Rd., Ste. 2
P.O. Box 340
Harwinton, CT 06791
Telephone: 203.677.0782
Email: catkinson@atkinsonlawfirm.com

# Exhibit A

Alexander A. Berengaut (*pro hac vice*)
Megan A. Crowley (*pro hac vice*)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5367
aberengaut@cov.com
mcrowley@cov.com

Rob Cameron
Nathan D. Bilyeu
JACKSON, MURDO & GRANT, P.C.
203 North Ewing
Helena, MT 59601
(406) 389-8244
rcameron@jmgattorneys.com
nbilyeu@jmgattorneys.com

*Attorneys for Consolidated Plaintiff TikTok Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| SAMANTHA ALARIO, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| and ) | |
| ) | CV 23-56-M-DWM |
| TIKTOK INC., ) | CV 23-61-M-DWM |
| ) | |
| *Consolidated Plaintiff*, ) | **DECLARATION OF BLAKE** |
| ) | **CHANDLEE** |
| v. ) | |
| ) | |
| AUSTIN KNUDSEN, *in his official* ) | |
| *capacity as Attorney General of the* ) | |
| *State of Montana*, ) | |
| ) | |
| *Defendant*. ) | |
| | |

I, Blake Chandlee, under penalty of perjury, hereby declare as follows:

1.     I am the President of Global Business Solutions for TikTok, a role in which I have served since April 2019.  As the President of Global Business Solutions, my responsibilities include overseeing the team responsible for managing TikTok's commercial partnerships, including our relationships with advertisers, and related policy issues.  In addition, as a senior executive at the company for over four years, I have become broadly familiar with our operations and policies across a range of other areas, including TikTok's data privacy and security policies, our approach to content moderation, and our engagements with stakeholders and regulators, including the U.S. government.  For clarity, references in this declaration to "TikTok Inc." are to the specific U.S. corporate entity that is the Consolidated Plaintiff in this lawsuit, and references to "TikTok" are to the platform and business.

2.     The purpose of this declaration is to provide an overview of the TikTok platform and business, and to discuss the effects of "An Act Banning TikTok in Montana," which was passed by the Legislature and signed into law by Governor Greg Gianforte on May 17, 2023.  I will refer to this law and its implementation as the "TikTok Ban" or the "Ban."  This declaration is based on my personal knowledge.

## I.    TikTok Inc.'s Business

3.    TikTok is an entertainment platform designed to provide a creative and entertaining forum for our users to express themselves and make connections with other content creators and viewers.  TikTok users primarily engage with the app by creating and sharing videos or by watching and interacting with videos posted by others.  In addition to sharing and commenting on videos, users can connect with one another in a variety of other ways, including "tagging" other users in the comments, using the app's "duet" and "stitch" tools to create new content that incorporates and responds to content created by others, using the "TikTok LIVE" feature to communicate live with others on the platform, and sending direct messages to one another.  (As I discuss below in greater detail, as part of its commitment to minor safety, TikTok does not make several of these features available for users under 18.)[1]

4.    To help TikTok users connect with others who post video content that may be interesting to them, TikTok offers a "For You" page, which opens to a collection of videos that is curated by TikTok's recommendation system.  TikTok users can also utilize the app's "Following" page to watch videos from creators they have chosen to follow.  In addition, TikTok has recently introduced a "STEM"

---

[1] For purposes of this declaration, I use the terms "minors" to refer to users under the age of 18, "children" to refer to users under the age of 13, and "teens" to refer to users between the ages of 13 and 17, inclusive.

initiative in the United States to provide users with a dedicated space to explore video content related to science, technology, engineering, and math.

5.      TikTok Inc. is a U.S. company with thousands of U.S. employees, with its principal address in Culver City, California.  TikTok Inc. is led by a Singapore- and U.S.-based leadership team, which is committed to protecting the privacy and security of U.S. user data and supporting the independent and effective operations of our U.S.-led content moderation team, in accordance with U.S. law.

6.      TikTok Inc. is ultimately owned by ByteDance Ltd. ("BDL").  BDL is a global company incorporated in the Cayman Islands that conducts business through local subsidiaries, such as TikTok Inc. and other TikTok operating entities. The TikTok platform is offered in more than 170 countries, but it is not available in China.

7.      TikTok was first launched globally in 2017 and re-launched in the United States in August 2018.  Since then, TikTok's user base in the United States has grown rapidly.  Within 18 months of its re-launch, TikTok had approximately 40 million monthly active users in the United States.  As of March 2023, more than 150 million Americans use TikTok on a monthly basis.

8.      TikTok's growth in Montana has followed a similar trajectory.  Based on IP address information for March 2023, TikTok estimates that over 380,000 monthly active users accessed TikTok in Montana.[2]

9.      TikTok's initial growth was spurred by its appeal to those who value the blend of light entertainment and humor our platform provides.  Today, however, TikTok has become a forum for all types of speech, including political speech.  Many content creators use our app to express their opinions about social and political issues, highlight their political preferences and candidates of choice, and speak out on today's many pressing political issues, all to an audience of millions of viewers.[3]  Many TikTok users also use the app to research a vacation or learn about history or current events.

---

[2] TikTok relies on IP address information to estimate the number of users it has in Montana because the current version of the TikTok app does not collect GPS information from U.S. users.  In addition to IP address information, TikTok also collects SIM card region and system region information from U.S. users, which helps TikTok identify the country in which a user is located.

[3] TikTok does not, however, permit paid political advertising on the platform.  As I explained in a 2019 blog post announcing our decision, we decided against including political advertising because we concluded it was incompatible with our mission and vision for the TikTok platform.  *Understanding Our Policies Around Paid Ads*, TikTok (Oct. 3, 2019), https://newsroom.tiktok.com/en-us/understanding-our-policies-around-paid-ads.

10.     TikTok is also a forum through which users express their religious faith. Through the use of hashtags like #christiantiktok, individuals connect with others to discuss their faith and to answer questions about their beliefs.

11.     Montanans regularly use TikTok to speak about issues they care about. For example, a rancher in Montana, who goes by @bigskycaroline on TikTok, regularly shares videos of her experiences caring for sheep and other animals on her ranch.[4]   Her videos have received over 1.2 million likes.[5]   As another example, Montana resident Shauna White Bear, an indigenous artisan, uses TikTok to promote her business, White Bear Moccasins, and to communicate with customers about how she makes her moccasins.[6]   White Bear has amassed over 70,000 followers on TikTok.[7]

12.     TikTok Inc. itself uses the TikTok app to communicate.  TikTok Inc. maintains an active account on TikTok, operated by a U.S.-based team, which has more than 70 million followers globally.  The company also interacts with users by promoting public-interest content on TikTok, such as our "EduTok" campaign,

[4] Big Sky Caroline (@bigskycaroline), TikTok,
https://www.tiktok.com/@bigskycaroline? (last visited July 3, 2023).

[5] *Id.*

[6] white_bear_moccasins (@whitebearmocs), TikTok,
https://www.tiktok.com/@whitebearmocs?lang=en (last visited July 3, 2023).

[7] *Id.*

which encourages users to create and share educational and motivational content on a variety of themes.  The company has also launched other campaigns to share public interest content.   For example, TikTok users have the ability to share their perspectives about various public interest issues, including through choosing specific filters, special effects, and stickers available on the platform.

13.    In addition to the entertainment, political, and religious content it hosts, TikTok has become a platform through which individuals, including many TikTok users in Montana, earn a living.  Creators on TikTok can enter into partnerships with brands who pay to sponsor their content or link their TikTok profile to their personal websites.  Small and medium-sized businesses can also use the TikTok platform to reach new audiences and grow their businesses.

14.    To support users in creating and sharing content on the platform, in 2020, we launched the TikTok Creator Fund.  In 2021, we announced that we would invest $1 billion in the fund to support U.S.-based creators who make and share videos with others on the platform.  U.S. users who are at least 18 years old and meet certain other criteria are eligible to participate in, and can receive funds from, the Creator Fund to help them further their creative pursuits.

15.    Although there are other platforms that allow users to post and share content, TikTok differs from these platforms in important respects.  For example, unlike other platforms, TikTok does not host written posts or provide a dedicated

space for users to share photos.  Instead, the TikTok experience is focused on video content experienced primarily through the app's For You page, which opens a collection of videos curated by TikTok's recommendation system that is based on an individual user's interests.  With the For You page, TikTok's focus is on facilitating users' discovery and exploration of new content and new communities that might be of interest to them.  TikTok is not as focused on users' interactions with existing friends, family, or co-workers, like some other platforms are.

16.    Creators come to TikTok because of the platform's unique attributes. In my experience, creators join TikTok because of its organic reach—that is, the number of people who see a post through unpaid distribution.[8]  TikTok's organic reach allows creators to reach large numbers of users—beyond their current universe of followers—without any paid promotion.  Moreover, TikTok's recommendation system facilitates users' access to content created by a wide range of individuals, meaning that it is not unusual for videos created by ordinary people to "go viral" and receive thousands, if not millions, of views.

---

[8] *See, e.g.*, Michael Stelzner, *TikTok Content Strategies for Leads and Sales*, Soc. Media Exam'r (Aug. 11, 2022), https://www.socialmediaexaminer.com/tiktok-content-strategies-for-leads-and-sales/ (explaining that "TikTok is popular with marketers" because "it offers the most organic reach in the shortest timeframe" among "social media platforms").

## II.   TikTok's Efforts to Foster a Safe and Supportive Environment for Minor Users

17.   TikTok's mission is "to inspire creativity and bring joy."[9]   Our commitment to this mission includes our efforts to foster a safe and supportive environment on the TikTok platform.   Like other online platforms that host user-generated content, we recognize that some users might seek to share content that is harmful and inappropriate.   To address this important issue, TikTok has implemented features, policies, and procedures to help limit harmful and inappropriate content on the app.

18.   Our approach to help prevent and remove harmful and inappropriate content from TikTok is built upon the foundation of our Community Guidelines, a publicly-available collection of rules and standards that apply to all TikTok users.[10] The Guidelines prohibit users from posting certain categories of videos to the app, including videos that feature nudity, sexual activity, and sexually explicit or exploitative content, as well as videos that appear dangerous or otherwise harmful.[11]

---

[9] *Our Mission*, TikTok, https://www.tiktok.com/about?lang_en (last visited July 3, 2023).

[10] *Community Guidelines*, TikTok (last updated Mar. 2023), https://www.tiktok.com/community-guidelines?lang=en.

[11] In addition to the Community Guidelines, TikTok also maintains a set of Advertising Policies that govern the content and publication of advertisements on the platform.  For example, ads on TikTok may not depict inherently dangerous or illegal behaviors, or conduct that, if copied by users, could lead to physical harm.

The Community Guidelines were created and are continually refined in consultation with third-party experts.

19.     I understand that one of the stated concerns animating the TikTok Ban is the assertion that TikTok "fails to remove, and may even promote, dangerous content that directs minors to engage in dangerous activities."  This assertion is not accurate.   For years, our Community Guidelines have specifically prohibited "dangerous activities and challenges,"[12] which we explain as follows:

### Dangerous Activities and Challenges

We welcome when our community collectively participates in fun and creative trends. Most activities or challenges are appropriate for everyone and bring people together, but some carry a risk of significant injury. **We do not allow showing or promoting dangerous activities and challenges.** This includes dares, games, tricks, inappropriate use of dangerous tools, eating substances that are harmful to one's health, or similar activities that may lead to significant physical harm.

Content is age-restricted if it shows activities that are likely to be imitated and may lead to any physical harm. Content is ineligible for the FYF if it involves activities that are likely to lead to moderate physical harm, or includes professionals who are performing extreme sports and stunts that may endanger others.

To help you manage your TikTok experience, we also apply warning information to this type of content. If you see a dangerous activity or challenge, pause for a moment to stop and think before you decide and act. Learn more about what to do if you see an online challenge.

20.     Even if content does not violate our Community Guidelines, TikTok takes steps to limit access to content that may be inappropriate for certain users.  For example, videos that some users may find to be distressing or sensitive are covered

---

*See TikTok Advertising Policies – Ad Creatives and Landing Page*, TikTok, https://ads.tiktok.com/help/article/tiktok-advertising-policies-ad-creatives-landing-page?redirected=2 (last visited July 3, 2023).

[12] *Community Guidelines – Dangerous Activities and Challenges*, TikTok (last updated Mar. 2023), https://www.tiktok.com/community-guidelines/en/mental-behavioral-health/?cgversion=2023.

by "opt-in viewing screens," which warn the user that the video may contain sensitive material and ask her if she wants to see the content.[13]  Such videos are also ineligible for recommendation into users' For You pages.[14]  More generally, TikTok encourages its users to think critically about whether content is appropriate for them, including through our "Stop, Think, Decide, and Act" campaign, which asks users to think about the content they view on the app, ask questions about it, and make informed decisions before responding to or interacting with it.[15]

21.     The TikTok Ban also cites specific examples of dangerous activities that TikTok allegedly fails to remove or actively promotes.  These examples, however, do not support the Ban's allegations against TikTok.  For example, the TikTok Ban references an alleged TikTok challenge that involves "cooking chicken in NyQuil."  But as reported in *USA Today* and other outlets, the day before media reports of the so-called "NyQuil Chicken" challenge were published and the FDA issued a statement about the challenge, there were only five searches for "NyQuil

---

[13] Cormac Keenan, *Refreshing Our Policies to Support Community Well-Being*, TikTok (Dec. 15, 2020), https://newsroom.tiktok.com/en-us/refreshing-our-policies-to-support-community-well-being; Tara Wadhwa, *New Resources to Support Our Community's Well-Being*, TikTok (Sept. 14, 2021), https://newsroom.tiktok.com/en-us/new-resources-to-support-well-being.

[14] Keenan, *supra* n.13; Wadhwa, *supra* n.13.

[15] *Assess Challenges and Warnings*, TikTok, https://www.tiktok.com/tns-inapp/pages/online-challenges (last visited July 3, 2023).

chicken" on the TikTok platform.[16]   Instead, searches for the purported challenge took off *after* the FDA statement.[17]   By that point, TikTok had limited users' access to content related to "NyQuil chicken" and appended warnings to videos reacting to such content.[18]

22.   TikTok proactively enforces its Community Guidelines through a mix of technology-based and human moderation.   Every video uploaded to TikTok goes through automated moderation so that content flagged as potentially violative can be automatically removed or escalated for human review by trained moderators. TikTok also encourages its users to take advantage of various tools provided through the app to report content that they believe violates the Community Guidelines.   If TikTok identifies violative content—on its own or through its users—TikTok removes such content from the app.   TikTok publicly discloses detailed statistics

---

[16] Bailey Schultz, *Were People Actually Eating NyQuil Chicken? Viral Challenge was the Latest Internet Lore*, USA Today (Oct. 14, 2022), https://www.usatoday.com/story/tech/2022/09/29/cooking-nyquil-chicken-challenge-hoax-fda-warnings/10444293002/.

[17] *Id.*

[18] Daniel Victor & Amanda Holpuch, *F.D.A. Warning on NyQuil Chicken Alerts Many to Existence of NyQuil Chicken*, N.Y. Times (Sept. 21, 2022), https://www.nytimes.com/2022/09/21/technology/nyquil-chicken-tiktok-fda.html.

regarding our enforcement of the Community Guidelines in our Community Guidelines Enforcement reports.[19]

23.    Our most recent Community Guidelines Enforcement report (covering January through March 2023) documents that 97.1% of videos deemed to violate the "dangerous acts and challenges" prohibition in the Guidelines were removed proactively, which means they were identified and removed before they were reported by a user.  Within the same period, 85.1% of videos identified as violating that prohibition were removed within 24 hours of being posted on the platform, and 71.1% of videos were removed before receiving any views.

24.    In addition to its enforcement of the Community Guidelines, TikTok incorporates age-based settings and parental controls.  TikTok provides parents the option to impose controls through a tool called "Family Pairing."  Family Pairing allows a parent or guardian to link her TikTok account to that of her teen, allowing the parent or guardian to impose certain restrictions on the teen's account, including setting screen time limits, deciding whether the teen can search for content on the app, and preventing other users from commenting on the teen's videos.  These

---

[19] *Community Guidelines Enforcement Report, January 1, 2023 – March 31, 2023*, TikTok (June 30, 2023), https://www.tiktok.com/transparency/en/community-guidelines-enforcement-2023-1/.

features empower parents and guardians to customize their teens' privacy and safety settings and to set limits on their teens' viewing experience.

25.     In addition to providing parents with the Family Pairing tool, TikTok also incorporates age-based settings.  U.S. users under the age of 18 are not permitted to host LIVE or use TikTok's monetization features.  U.S. users under the age of 16 are subject to additional restrictions.  TikTok sets these users' accounts to private by default.  In addition, such users are prevented from exchanging direct messages with other users, and any content generated by these users' accounts is ineligible for recommendation on the For You page.  TikTok also prevents under-16 users from receiving late-night push notifications.

26.     U.S. users under the age of 13 may not have a TikTok account.  Instead, there is a separate under-13 user experience, which provides a more limited experience for under-13 users, with safeguards and privacy protections designed specifically for that age group.  Within this under-13 experience, users can view fun, creative, and educational videos vetted by a third-party expert, Common Sense Networks, but users cannot post videos of their own, comment on others' videos, exchange messages with others, or maintain a user profile or followers.

27.     TikTok continues to add to its safety settings for minors' accounts.  For example, in March 2023, after consulting with the Digital Wellness Lab at Boston Children's Hospital, TikTok announced that every account belonging to a person

under the age of 18 will have a one-hour daily screen time limit by default.  If the one-hour limit is reached, teens will be unable to continue watching unless they enter a passcode to exceed the daily screen time limit, thereby requiring them to make an active choice to extend their viewing experience.  In the under-13 experience, the daily screen time limit will also be set to one hour, and a parent or guardian will need to enter a passcode to enable 30 minutes of additional screen time.  For users who opt into Family Pairing, parents can set custom daily screen time limits for their teens who use the app.

### III.   TikTok's Approach to Data Privacy

28.    TikTok is also committed to protecting the privacy of its users.  TikTok users have access to a variety of privacy settings, allowing them, for example, to choose whether their account is private or public; impose restrictions on the users who can interact with or comment on their videos; and select which users can tag or mention them in a post.

29.    TikTok also protects its users' privacy by restricting the type and volume of data that it collects from users.  Like other platforms, TikTok collects certain information from users in accordance with its Privacy Policy and Terms of Service, to which users must agree as a condition of signing up for the app.[20]

---

[20] *Privacy Policy*, TikTok (last updated May 23, 2023), https://www.tiktok.com/legal/privacy-policy?lang=en. *See also Terms of Service*,

Pursuant to the Privacy Policy, TikTok collects users' usernames, dates of birth, and, depending on how they sign up for the app, a user's phone number or email address.[21]   Unlike other platforms, TikTok does not require its users to provide certain types of personal identifying information, such as the user's real name, employment information, or familial relationships or relationship status.

30.   I understand that the TikTok Ban is based on the allegation that "TikTok gathers significant information from its users, accessing data against their will to share with the People's Republic of China."  I further understand that the Ban is based on the allegation that TikTok is "stealing [] information and data from users."  These assertions are not accurate.  TikTok Inc.'s approach to the collection of data is disclosed to users in its Privacy Policy, and we have repeatedly made clear that we have not received any requests for U.S. user data from the Chinese government; have not shared any U.S. user data with the Chinese government in response to such a request; and would not do so if we were to receive a request.

## IV.   TikTok's Ongoing Efforts to Strengthen Data Security, Software Assurance, and Content Assurance

31.   TikTok Inc. has devoted significant resources to maintaining the security of U.S. user data.  Central to TikTok's data security efforts is an initiative

---

TikTok (last updated May 2023), https://www.tiktok.com/legal/page/us/terms-of-service/en.

[21] *Id.*

launched in 2021 that is dedicated to safeguarding protected U.S. user data and addressing national security concerns expressed by the U.S. government.[22] Roughly $1.5 billion has been spent on this initiative to date.[23]

32.    As part of this initiative, TikTok Inc. has formed a special-purpose subsidiary, TikTok U.S. Data Security Inc. ("USDS"), that will oversee protected U.S. user data and the TikTok U.S. platform.  USDS oversees the functions of TikTok's business that implicate the national security concerns that have been raised regarding TikTok, including access to protected U.S. user data and decision-making regarding content moderation.[24]  As part of the process of organizing USDS, I have worked closely with its leadership on a variety of issues, including data security and content moderation-related issues, particularly as they relate to the interests of our small and medium-sized business partners.

33.    TikTok Inc. has also partnered with Oracle Corporation ("Oracle"), a prominent U.S. public company and provider of cloud-based services.  As of the date of this declaration, 100% of U.S. user traffic is routed to the Oracle cloud and USDS

---

[22] *About Project Texas*, TikTok, https://usds.tiktok.com/usds-about/ (last visited July 3, 2023).

[23] *Id.*

[24] *About Project Texas*, TikTok, https://usds.tiktok.com/usds-about/ (last visited July 3, 2023); *see also* Cormac Keenan, *Strengthening How We Protect and Secure Our Platform in the US*, TikTok (Dec. 8, 2022), https://newsroom.tiktok.com/en-us/strengthening-how-we-protect-and-secure-our-platform-in-the-us.

infrastructure in the United States. Moreover, since January 2023, all access to systems containing new protected U.S. user data has been controlled by USDS, and all access to new protected U.S. user data is limited to approved USDS employees. In addition, TikTok's recommendation system for U.S. users, which determines the videos that appear on their For You page, is run in the Oracle Cloud Infrastructure. Oracle has also recently begun inspecting TikTok's source code, which will ultimately serve to identify instances of potential malicious code or security vulnerabilities.

34.    Oracle has also been retained to review TikTok's content moderation and recommendation systems to provide additional assurance that those systems operate in accordance with their design specifications.

## V.    Engagement with the Federal Government

35.    TikTok Inc. is committed to cooperating with its stakeholders and regulators, including the U.S. government.  In particular, I am aware that since 2019, TikTok Inc. has engaged with the Committee on Foreign Investment in the United States ("CFIUS"), an interagency committee chaired by the U.S. Department of the Treasury, in a national security review.  Over the course of CFIUS's review, TikTok Inc. has proposed a number of measures to mitigate the purported national security concerns surrounding TikTok's U.S. user data and content moderation system.  The

initiative described in the preceding section was developed and refined in connection with ongoing discussions between TikTok Inc. and CFIUS as part of this review.

## VI.    Effect of a Montana Ban on TikTok

36.    If Montana's TikTok Ban enters into effect, we will be barred from operating TikTok in Montana.  That ban will cause significant and irreversible harms to our business and our brand.

37.    First, the Montana Ban will restrict TikTok Inc. from using the platform to communicate with Montana users.  As discussed above, TikTok Inc. currently creates and shares its own account's content with users around the world, including in Montana.  This content includes, for example, videos supporting small businesses, Earth Day, and literacy and education.[25]  The TikTok Ban will end that.  The Ban will also bar TikTok Inc. from continuing to exercise our judgment about the type of community and forum we want to create, including by preventing TikTok from enforcing its Community Guidelines.

---

[25] TikTok (@tiktok), TikTok, https://www.tiktok.com/@tiktok/video/7216422827082206506 (last visited July 3, 2023); TikTok (@tiktok), TikTok, https://www.tiktok.com/@tiktok/video/6839775130407750917 (last visited July 3, 2023); TikTok (@tiktok), TikTok, https://www.tiktok.com/@tiktok/video/7221947290192334126 (last visited July 3, 2023); TikTok (@tiktok), TikTok, https://www.tiktok.com/@tiktok/video/7154462247560203566 (last visited July 3, 2023).

38.     Second, the Montana Ban will decimate our user base in Montana, which will have immediate and lasting effects on our business.  If TikTok is banned in Montana, at least some users and content creators will shift to other platforms such as YouTube, Meta, and Snap.  Users and content creators tend to develop lasting brand loyalty when it comes to social media and online entertainment platforms, and if we lose these Montana users and content creators to other platforms, some are not likely to return, even if the TikTok Ban is later reversed.

39.     Third, the Montana Ban will dramatically undercut the commercial goodwill associated with the TikTok app and impede our ability to form and maintain commercial partnerships in Montana.  Our commercial partners in Montana want to work with us because of the vibrant TikTok community in Montana.  The TikTok Ban severely damages our reputation and attractiveness as a commercial partner.  This harm to our goodwill will reduce our revenues from existing partnerships in Montana and prevent us from realizing revenue from future expected opportunities in amounts that would be difficult, if not impossible, to quantify, as prospective partners in Montana forge relationships with our competitors instead.

40.     The Ban will also severely damage our reputation and goodwill outside of Montana, in particular harming relationships with advertisers and business partners across the country and around the world.  In my role as President of Global Business Solutions, I speak with major TikTok advertisers on a daily basis, and the

TikTok Ban has come up in many of these conversations. Because of the TikTok Ban, these advertisers are concerned that we may not be able to deliver on our promise to provide a nationwide audience for their advertising campaigns. More generally, it is clear from these interactions that the TikTok Ban will harm—and is already harming—TikTok's reputation as the sort of company with which advertisers want to partner. If the Montana Ban is allowed to take effect, we expect that additional advertisers and business partners will pull back from working with TikTok Inc. (which is the entity that receives income from U.S. advertisers, including in Montana) and will develop relationships with other platforms instead. Even if the TikTok Ban is later lifted, it will be impossible to turn back the clock on the relationships that will have been forged with other platforms in the meantime. This lost opportunity to develop relationships with business partners and advertisers is another form of irreversible harm caused by the TikTok Ban.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of July, 2023.

_____
Blake Chandlee

# Exhibit B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TIKTOK INC. and BYTEDANCE LTD., | |
| *Plaintiffs*, | |
| v. | Civil Case No. 20-cv-2658 |
| DONALD J. TRUMP, in his official capacity as President of the United States; WILBUR L. ROSS, JR., in his official capacity as Secretary of Commerce; and U.S. DEPARTMENT OF COMMERCE, | |
| *Defendants*. | |

**DECLARATION OF ROLAND CLOUTIER**

I, Roland Cloutier, under penalty of perjury, hereby declare as follows:

1. I am the Global Chief Security Officer ("CSO") for TikTok Inc.. I joined TikTok Inc. in April 2020, and my office is in Miami, Florida. Before joining TikTok Inc., I spent ten years as the Chief Security Officer at Automatic Data Processing ("ADP"), and prior to ADP I worked for an additional six years as the Chief Security Officer for EMC Corporation. I have also served as a U.S. Air Force combat security specialist, and an aerospace protection and anti-terrorism specialist for the Department of Defense.

2. My responsibilities include providing cyber risk and data security support for both TikTok Inc. and its corporate parent, ByteDance Ltd. ("ByteDance").

3. This Declaration is based upon my personal knowledge and belief and/or upon my review of business records of TikTok Inc. and ByteDance.

A. **TikTok User Data Security Safeguards**

4.     TikTok is a software application that enables users to create and share short-form videos that is available on a range of mobile devices.  There are two main current versions of the TikTok application, only one of which is currently made available in the United States.  For purposes of this declaration, I focus on the version of the application that is currently made available in the United States, which I will refer to as TikTok.  (Neither version of TikTok is offered in China, where ByteDance operates a similar but separate video-sharing platform called Douyin.)

5.     In my role as CSO, I am responsible for overseeing the security of TikTok user data.  As part of my responsibilities, I am in charge of ensuring that TikTok user data is safeguarded both when it is in transit (*i.e.*, being transmitted between user devices and TikTok servers) and when it is being stored by TikTok in the Internet datacenters where we host user data.

6.     A foundation of our data security strategy is the limited scope of the data that TikTok collects, as described in our Privacy Policy:   https://www.tiktok.com/legal/privacy-policy?lang=en.  Among my responsibilities is to test and validate our product to help ensure that it is not collecting data beyond the categories set out in our Privacy Policy.

7.     With respect to user data in transit, we use industry standard Hypertext Transfer Protocol Secure ("HTTPS") to transmit user data in a secure and encrypted manner.  This is the same standard that is used by major U.S. banks and e-commerce platforms to secure their online transactions.

8.     With respect to user data in storage, TikTok was designed from the ground up to have a separate network architecture from other ByteDance products and services.  TikTok stores

user data on servers in datacenters in the United States and Singapore.[1]  We employ logical (i.e., software-based) controls to segregate TikTok user data from any other data residing in the datacenters, and to prevent anyone with physical access to the datacenter from accessing stored TikTok user data without authorization.  These controls include alerts to notify us about any attempted unauthorized access.  As a practical matter, moreover, even if an unauthorized person were to obtain physical access to a TikTok datacenter, extracting user data would be unfeasible because user data is "sharded"—i.e., an individual's user data is broken down into many pieces, each comprising a fragment of data, and stored across many different servers.  We regularly test and validate these logical controls to help ensure that no unauthorized access takes place.  When the TikTok application stores U.S. user data, it does so in our U.S. and Singapore datacenters, and does not store any U.S. user data in China.

9.     In addition to these logical controls, we also use industry-standard encryption to protect certain elements of TikTok user data in storage.  Specifically, TikTok uses the key management service ("KMS") encryption algorithm (AES 256 GCM) to encrypt names, birthdays, home addresses, phone numbers, emails, passwords, PayPal account information, phone contact lists, private videos, direct messages, and the date/time of the user's log-in history in storage.

10.     It is impossible to decrypt this encrypted user data without a key that has been generated and managed by our KMS, which is operated by our security team in the United States.  We also have internal controls to prevent keys that decrypt this U.S. user data from being accessed by ByteDance personnel without authorization.   TikTok relies on China-based ByteDance personnel for certain engineering functions that require them to access encrypted TikTok user data.  According to our Data Access Approval Process, these China-based employees may access these

---

[1] Apart from these datacenters, user content is temporarily stored by a variety of content delivery networks to facilitate its transmission around the world.

encrypted data elements in decrypted form based on demonstrated need and only if they receive permission from our U.S.-based team.

11.     In addition to these existing safeguards, we are also in the process of implementing additional protections to safeguard user data.  For fields of user data other than the specific fields that are currently encrypted, we are in the midst of a project to extend our permission system to cover these additional fields as well.  We are also in the process of creating a new Washington, D.C.-based Data Defense and Access Assurance team that is designed to advance TikTok's capability to manage the enforcement, monitoring, and response to any actual or attempted data access control violations.  The program will include advanced features that will automatically track and map the flow of user data to ensure conformity with TikTok's security controls.  The program will also add new capabilities to TikTok's broader encryption mechanism, including breaking out more regional access capabilities by country.

12.     To date, there has never been a request from the Chinese government for TikTok user data, and we would not provide any data if we did receive such a request.  Because of our internal controls governing access to encrypted user data, the only way we can comply with a request for such customer data is if my team accesses, and produces the relevant customer data. We would only perform these steps after consulting with the legal team, which is led by our U.S.-based General Counsel who is American, to ensure the request is valid, but ultimately it is up to me and my team whether to comply with a request.  Because my office is ultimately responsible for disclosing encrypted user data in response to government requests, any such request for data from the Chinese government would require approval from my office, which neither I nor my designees would provide.

13.     Our data security measures not only protect against inappropriate access to user data by insiders and unwarranted disclosures to government agencies; they also safeguard against data breaches, hackers, and other malicious actors.  We take pride in our data security architecture, which has been designed to mitigate the risk of such breaches.  In addition to the access control protections discussed above, we also maintain comprehensive logging functionality that collects information about the identity of employees who review TikTok user data and whether they were authorized to access the data.  We also have security alerts that kick in automatically based on trigger points that indicate a security risk—for example, when a large data download occurs, our security architecture is designed to alert our team and to monitor any such download.  Under my supervision, our security team conducts periodic tests and reviews logs of access to user data to help ensure that no such breach of our systems has taken place.

**B.  TikTok's Source Code Safeguards**

14.     Like many multinational corporations, including U.S. corporations, we have software engineers both in the United States and around the world, including in China.  To maintain the integrity of our source code in light of our global workforce, we have dedicated workflow systems to make sure that employees must demonstrate a need for information before they can access source code.  Even upon a showing of such a need, the employee still has to obtain appropriate authorization to access the source code, and security controls embedded in the network monitor the employee's review and activities.

15.     We also maintain a software development life cycle that involves testing of security controls at multiple points in the development process to ensure that reliance on China-based employees does not introduce any security risks to our code.  After the design is finalized, engineers test and validate the security controls included in the design.  Then, after the software is

built, further testing takes place, and an automated code review examines potential threats in the code and performs quality and security checks that are independent from the engineering process. Afterwards, additional security testing is independently conducted in the United States, separate from any China-based engineering functions, and is intended to be an extra protection for the security of our source code.

16.     As part of our source code integrity processes, we regularly update the software for the TikTok application, which consumers can download via app store updates.  We generally issue updates approximately once or twice a week, depending on the app store, and many of these updates include security-related fixes.  In addition, whenever needed, we also make available hotfixes for more urgent security issues outside our regular update process.

17.     Finally, we also leverage independent third-party experts to help ensure that our standards for the security of our source code are being upheld.  We have engaged leading U.S.-based third party vendors, for example, to conduct assessments for insider threats and assist with monitoring, implementation, and validation of our security controls.  We have also engaged third-party vendors to perform quality and security checks and conduct intensive code reviews to help ensure that no back doors exist in TikTok's source code.  As a further protection beyond these third-party engagements, we have a vulnerability reporting policy that invites external security researchers to report information about vulnerabilities.

18.     Going forward, as we recently announced on July 29, 2020, we are opening a new Transparency and Accountability Center for moderation and data practices in Los Angeles and Washington, D.C., which will enable outside experts to observe TikTok's moderation policies in real-time, as well as examine the actual code that drives TikTok's algorithms.  My office will oversee the code testing process for this Transparency and Accountability Center.

Pursuant to 28 U.S.C. § 1746 and under penalty of perjury, I affirm that the foregoing facts are true and correct to the best of my knowledge.

Executed this 19th day of September, 2020.


_____

Roland Cloutier